# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CARLTON OVERTON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 5:19-cv-00741<br><br>Honorable Judge Fred Biery |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Carlton Overton ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that Plaintiff's claims against Wells Fargo Bank, N. A. are hereby dismissed, with prejudice.

Dated: _____

_____
Judge, U.S. District Court