IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CARLTON OVERTON, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-19-CA-741-FB |
| WELLS FARGO BANK, N.A., | § § § | |
| Defendant. | § | |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Agreed Stipulation of Dismissal with Prejudice filed by the parties on February 5, 2020 (docket #19). The parties advise that they stipulate and agree to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41 with each party to bear his or its own costs and attorney's fees.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that plaintiff's claims against the defendant are DISMISSED WITH PREJUDICE pursuant to the Agreed Stipulation of Dismissal with Prejudice filed on February 5, 2020 (docket #19), with costs and attorney's fees to be borne by the party incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 6th day of February, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE